IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVON CLARY**                                                            **PLAINTIFF**

**v.**                                 **CASE NO. 4:25-CV-00222-BSM**

**JORDAN ABLES,** *et al.*                                       **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of May, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE